Barr and Collins, Appellee, v. Louis Seiden, Appellant, and Lorna Seiden; Chicago Title and Trust Company, as Trustee; George L. Ellefsen, and Unknown Owners, Defendants.

Gen. No. 46,186.

115

George C. Rabens, for appellant; Frank J. Smith, for certain appellee; A. S. & E. W. Froehlich, for certain other appellee; Serhant & Svec, for certain other appellee. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed June 9, 1954; released for publication July 2, 1954.

